# Table of Content

This binder contains the official complaint (cover sheet, Pro Se 7 and Summons form) submitted to MS Southern District Court on October 28, 20203. The following is a table of content for documents attached to this complaint.

| Attachment A | Original EEOC charge, filed on June 7, 2023 |
| Attachment B | Amended EEOC charge, filed on July 12, 2023 |
| Attachment C | Right to Sue from DoJ and EEOC in Jackson |
| Attachment D | Objection Letter sent to Dr. Henderson regarding supervisory role and others |
| Attachment E | Expert attestation by Dr. Lowell Satterlee, expert regarding improper removal of Dr. Chang's supervisory role, as the PI |
| Attachment F | Appreciation of Dr. Devandra Bhandari at resignation, attesting the excellent guidance by Dr. Chang in his great laboratory |
| Attachment G | Testimony of my character and appreciation from Sarah Warren before her departure. |
| Attachment H | Dr. Chang's response to MSU position paper submitted to EEOC 09072023, containing the original submission of the grievance at MSU 01022023. |